# Exhibit A

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

No. __CV 20110 1355__

_Gerald E. Valledos_
Plaintiff,

vs. Lovelace medical Center and co-defendants: Sarah Atkinson, Kevin Sinclair, Carmen Smith-Salazar, Josephine Gonzape, Suzette Hannia, Jennifer Holler.

Defendant.

## SUMMONS

### THE STATE OF NEW MEXICO

TO: _Kevin Sinclair_, Defendant
ADDRESS: _601 Martin Luther King Av. ABQ., NM 87102_

You are required to serve upon _Gerald Valledos_ an answer
*(name of Plaintiff/Plaintiff's Attorney)*

or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.

If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
_Gerald Valledos._
*name, address and telephone of attorney for Plaintiff*
*(or of Plaintiff, if no attorney)*
_6304 Buenas Aires N.W._
*Street or P.O. Box*
_ABQ., NM 87120_
*City, state and zip code*
_505-974-7422_
*telephone*

WITNESS the Honorable _____ TED BACA _____, district judge of the
Second Judicial District court of the State of New Mexico, and the seal of the district court of Bernalillo
County, this _____ day of _____, 20____.

FEB 04 2011 ANITA DURAN
Dated: _____ CLERK OF COURT
By_____
Deputy

rev5/3/06enhtrs

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

4 Feb 2011 **ENDORSED**
**FILED IN MY OFFICE THIS**

FEB 4 2011

**CLERK DISTRICT COURT**

Plaintiff: Vallejos, Gerald E.
Vs.
Defendant: Lovelace Medical Center, 601 Martin Luther King Av., Albuquerque, NM 87120 and
co-defendants: Carmen Smith-Salazar, Josephine Gorospe, Suzette Harris, Jennifer Moller, Sarah
Atkinson, and Kevin Sinclair.

Subject: Civil complaint for wrongful termination.

**CV 2011 1355**

Defendants retaliated against me for engaging in protected activities as defined under Title VII
Of the Civil Rights Act of 1964 (Title VII), and the New Mexico Human Rights Act of 1969, and
for filing employment discrimination charges 543-2009-00733, 543-2009-01162, and 543-2010-
00698 dated 30Nov2010. Co-defendants retaliated against me by creating a hostile work environ-
ment for me, by defamation which was both cruel and malicious. The employer (Lovelace
Medical Center) Sarah Atkinson, Nurse Manager, and Kevin Sinclair, Director Critical Care
floor, denied me due process under the law. Allegations, and charges brought against me by
other employees were never properly investigated. The personal relationship the manager and
director had with the other co-defendants influenced their decision making, the decision not
to allow me favorable personnel actions, the decision to terminate me after 19 years of service.
I seek damages for loss of income, damage to my reputation as a Registered Nurse, for mental and
Emotional anguish, for having to retire years earlier than I had planned.

Vallejos, Gerald E.
6304 Buenos Aires NW
Albuquerque, New Mexico 87120
505-974-7422

I certify that I have mailed a copy If this pleading to opposing counsel;

Vallejos, Gerald E.

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

D-202- CV-_____ **CV 2011 1355**

_Gerald E. Valle Jos_

PLAINTIFF

VS *Lovelace Medical Center, 601 Martin Luther King AU. Albuquerque NM 87102*
*Carmen-Smith Salazar, Josephine Goronga, Suzette Hannia, Jennifer Holley,*
*Sarah Atkinson, Kevin Sinclain.*

DEFENDANT

**ENDORSED**
**FILED IN MY OFFICE THIS**

FEB  4 2011

_Juanita M. Duran_
**CLERK DISTRICT COURT**

## COURT-ANNEXED ARBITRATION CERTIFICATION

(Party and Attorney)_____
pursuant to Second Judicial District Court Local Rule 2-603, certifies as follows:

_____ This party seeks **only money judgment and the amount sought does not exceed**
twenty-five thousand dollars ($25,000.00) exclusive of punitive damages, interest. costs and
attorney fees.

___✓___ This party seeks relief **other than a money judgment and/or seeks relief in excess** of
twenty-five thousand dollars ($25,000.00 exclusive of punitive damages, interest. costs and
attorney fees.

Signature: _____
Printed Name: _Valle Jos, Gerald E ._
Law Firm: _____
Address: _6304 Buenos Aires N.W._
City/Zip: _Albuquerque      87120_
Phone: _505-974-7422_

I hereby certify that an endorsed copy of the foregoing pleadings was mailed or delivered to all
parties entitled to notice on this ____4th____ day of _February_
20_11_.

Signature: _____

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

No. **CV 2011 0 1 3 5 5**

_Gerald E. Vallejos_
        Plaintiff,

vs. Lovelace Medical Center, et al

_____

      Defendant.

### SUMMONS

### THE STATE OF NEW MEXICO

TO:      _Jennifer Holler_____, Defendant
ADDRESS:   _601 Martin Luther King AV, ABQ, NM 87102_

    You are required to serve upon _____ an answer
                                    *(name of Plaintiff/Plaintiff's Attorney)*
or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.
    If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
_Gerald E. Vallejos_
*name, address and telephone of attorney for Plaintiff*
*(or, of Plaintiff, if no attorney)*
_6304 Buena Aires N.W._
*Street or P.O. Box*
_ABQ NM 87120_
*City, state and zip code*
_505-974-7422_
*telephone*

                                   TED BACA
    WITNESS the Honorable _____, district judge of the
Second Judicial District Court of the State of New Mexico, and the seal of the district court of Bernalillo
County, this _____ day of **FEB 04 2011** , 20___.

Dated

                            JUANITA DURAN
                            CLERK OF COURT
                            By_____
                              Deputy

rev5/3/06cnhtrs

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

**ENDORSED**
**FILED IN MY OFFICE THIS**

FEB · 4 2011

Plaintiff: Vallejos, Gerald E.

Vs.

Defendant: Lovelace Medical Center, 601 Martin Luther King Av., Albuquerque, DISTRICT COURT
co-defendants: Carmen Smith-Salazar, Josephine Gorospe, Suzette Harris, Jennifer Holler, Sarah
Atkinson, and Kevin Sinclair.

**CV 2011 0 1 3 5 5**

Subject: Civil complaint for wrongful termination.

Defendants retaliated against me for engaging in protected activities as defined under Title VII
Of the Civil Rights Act of 1964 (Title VII), and the New Mexico Human Rights Act of 1969, and
for filing employment discrimination charges 543-2009-00733, 543-2009-01162, and 543-2010-
00698 dated 30Nov2010. Co-defendants retaliated against me by creating a hostile work environ-
ment for me, by defamation which was both cruel and malicious. The employer (Lovelace
Medical Center) Sarah Atkinson, Nurse Manager, and Kevin Sinclair, Director Critical Care
floor, denied me due process under the law. Allegations, and charges brought against me by
other employees were never properly investigated. The personal relationship the manager and
director had with the other co-defendants influenced their decision making, the decision not
to allow me favorable personnel actions, the decision to terminate me after 19 years of service.
I seek damages for loss of income, damage to my reputation as a Registered Nurse, for mental and
Emotional anguish, for having to retire years earlier than I had planned.

Vallejos, Gerald E.
6304 Buenos Aires NW
Albuquerque, New Mexico 87120
505-974-7422

I certify that I have mailed a copy lf this pleading to opposing counsel:

Vallejos, Gerald E.

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

**ENDORSED**
**FILED IN MY OFFICE THIS**

FEB   4 2011

D-202- CV- CV 2011 1355

*Quanita M. Luam*
**CLERK DISTRICT COURT**

*Gerald E. Vallejos*

PLAINTIFF

VS  *Lovelace Medical Center, 601 Martin Luther King Av. Albuquerque NM 87102*
*Carmen-Smith Salazar, Josephine Gonzape, Suzette Hannin, Jennifer Holley,*
*Sarah ATKinson, Kevin Sinclair.*

_____

DEFENDANT

## COURT-ANNEXED ARBITRATION CERTIFICATION

(Party and Attorney)_____
pursuant to Second Judicial District Court Local Rule 2-603, certifies as follows:

_____ This party seeks **only money judgment and the amount sought does not exceed**
twenty-five thousand dollars ($25,000.00) exclusive of punitive damages, interest, costs and
attorney fees.

___✓___ This party seeks relief **other than a money judgment and/or seeks relief in excess** of
twenty-five thousand dollars ($25,000.00 exclusive of punitive damages, interest, costs and
attorney fees.

Signature:        _____
Printed Name:  *Vallejos, Gerald E.*
Law Firm:         _____
Address:          *6304 Buenos Aires N.W.*
City/Zip:          *Albuquerque      87120*
Phone:            *505-974-7422*

I hereby certify that an endorsed copy of the foregoing pleadings was mailed or delivered to all
parties entitled to notice on this _____*4th*_____ day of *February*
20*11*____.

Signature:      _____

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

No. _____ **CV 2011 0 1 3 5 5**

_Gerald E. Valleslos_
_____
Plaintiff,

vs. Loveluce medical Center and co-defendants: Sarah Atkinson, Kevin Sinclain,
Carmen Smith-Salazar, Josephine Gonoupy, Suzette Hannie, Jennifer Holler.

_____
Defendant.

**SUMMONS**

**THE STATE OF NEW MEXICO**

TO: _Carmen Smith-Salazan_ , Defendant
ADDRESS: _601 Martin Luther King Av., ABQ., NM 87102_

You are required to serve upon _____ an answer
*(name of Plaintiff/Plaintiff's Attorney)*
or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.

If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
_Gerald Valleslos_
*name, address and telephone of attorney for Plaintiff*
*(or of Plaintiff, if no attorney)*
_8304 Buenos Aires N.W._
*Street or P.O. Box*
_ABQ., N.M. 87120_
*City, state and zip code*
_505-974-7422_
*telephone*

WITNESS the Honorable TED BACA , district judge of the
Second Judicial District court of the State of New Mexico, and the seal of the district court of Bernalillo
County this _____ day of ___ FEB 0 4 2011 , 20____.

Dated: _____

JUANITA DURAN
CLERK OF COURT
By _____
Deputy

rev5/3/06enhtrs

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

*ENDORSED*
**FILED IN MY OFFICE THIS**

FEB - 4 2011

Plaintiff: Vallejos, Gerald E.
Vs.
Defendant: Lovelace Medical Center, 601 Martin Luther King Av., Albuquerque, **CLERK, DISTRICT COURT**
co-defendants: Carmen Smith-Salazar, Josephine Gorospe, Suzette Harris, Jennifer Holler, Sarah
Atkinson, and Kevin Sinclair,

Subject: Civil complaint for wrongful termination.          **CV** 2011o 1355

Defendants retaliated against me for engaging in protected activities as defined under Title VII
Of the Civil Rights Act of 1964 (Title VII), and the New Mexico Human Rights Act of 1969, and
for filing employment discrimination charges 543-2009-00733, 543-2009-01162, and 543-2010-
00698 dated 30Nov2010. Co-defendants retaliated against me by creating a hostile work environ-
ment for me, by defamation which was both cruel and malicious. The employer (Lovelace
Medical Center) Sarah Atkinson, Nurse Manager, and Kevin Sinclair, Director Critical Care
floor, denied me due process under the law. Allegations, and charges brought against me by
other employees were never properly investigated. The personal relationship the manager and
director had with the other co-defendants influenced their decision making, the decision not
to allow me favorable personnel actions, the decision to terminate me after 19 years of service.
I seek damages for loss of income, damage to my reputation as a Registered Nurse, for mental and
Emotional anguish, for having to retire years earlier than I had planned.

Vallejos, Gerald E.
6304 Buenos Aires NW
Albuquerque, New Mexico 87120
505-974-7422

I certify that I have mailed a copy If this pleading to opposing counsel:

Vallejos, Gerald E.

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

4 Feb 2011
**ENDORSED**
FILED IN MY OFFICE THIS

FEB · 4 2011

D-202- CV-_____

**CV** 2011 **0.13 5 5**

Gerald E. Vallejos

Guanista M. Demoro
**CLERK DISTRICT COURT**

PLAINTIFF

VS   Lovelace Medical Center, 601 Martin Luther King Av. Albuquerque NM 87102
Carmen-Smith Salazar, Josephine Gonzapz, Suzette Hannix, Jennifer Holley,
Sarah Atkinson, Kevin Sinclair.

DEFENDANT

## COURT-ANNEXED ARBITRATION CERTIFICATION

(Party and Attorney)_____
pursuant to Second Judicial District Court Local Rule 2-603, certifies as follows:

_____ This party seeks **only money judgment and the amount sought does not exceed**
twenty-five thousand dollars ($25,000.00) exclusive of punitive damages, interest, costs and
attorney fees.

____✓____ This party seeks relief **other than a money judgment and/or seeks relief in excess** of
twenty-five thousand dollars ($25,000.00 exclusive of punitive damages, interest, costs and
attorney fees.

Signature:       _____
Printed Name:   Vallejos, Gerald E.
Law Firm:       _____
Address:        6304 Buenos Aires N.W.
City/Zip:       Albuquerque        87120
Phone:          505-974-7422

I hereby certify that an endorsed copy of the foregoing pleadings was mailed or delivered to all
parties entitled to notice on this ____4th____ day of _February_____
20_11____.

Signature:      _____

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

No. **CV 2011 01355**

_Gerald E. Valledor_
                Plaintiff,

vs. Lovelace medical Center and Co-defendants: Sarah Atkinson, Kevin Sinclair, Carmen Smith-Salazar, Josephine Gonoega, Suzette Hannig, Jennifer Holten

────────────
                Defendant.

### SUMMONS

### THE STATE OF NEW MEXICO

TO:   _Suzette Hannig_ , Defendant
ADDRESS: _601 Martin Luther King Av ABQ, NM 87102_

You are required to serve upon _Gerald E. Valledor_ an answer
                              *(name of Plaintiff/Plaintiff's Attorney)*
or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.

If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
_Gerald E. Valledor_
*name, address and telephone of attorney for Plaintiff*
*(or of Plaintiff, if no attorney)*
_6304 Guadec aires N.W._
*Street or P.O. Box*
_ABQ., N.M. 87120_
*City, state and zip code*
_505-974-7422_
*telephone*

                              **TED BACA**
WITNESS the Honorable _____, district judge of the
Second Judicial District court of the State of New Mexico, and the seal of the district court of Bernalillo
County, this _____ day of **FEB 0 4 2011**, 20 ___.

                              **JUANITA DURAN**
Dated:                        **CLERK OF COURT**
                              By _____
                              Deputy

rev5/3/06enhtrg

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

*ENDORSED*
FILED IN MY OFFICE THIS

FEB - 4 2011

Plaintiff: Vallejos, Gerald E.

Vs.

Defendant: Lovelace Medical Center, 601 Martin Luther King Av., Albuquerque, DISTRICT COURT

co-defendants: Carmen Smith-Salazar, Josephine Gorospe, Suzette Harris, Jennifer Holler, Sarah
Atkinson, and Kevin Sinclair.

Subject: Civil complaint for wrongful termination.

CV 2011 1 3 5 5

Defendants retaliated against me for engaging in protected activities as defined under Title VII
Of the Civil Rights Act of 1964 (Title VII), and the New Mexico Human Rights Act of 1969, and
for filing employment discrimination charges 543-2009-00733, 543-2009-01162, and 543-2010-
00698 dated 30Nov2010. Co-defendants retaliated against me by creating a hostile work environ-
ment for me, by defamation which was both cruel and malicious. The employer (Lovelace
Medical Center) Sarah Atkinson, Nurse Manager, and Kevin Sinclair, Director Critical Care
floor, denied me due process under the law. Allegations, and charges brought against me by
other employees were never properly investigated. The personal relationship the manager and
director had with the other co-defendants influenced their decision making, the decision not
to allow me favorable personnel actions, the decision to terminate me after 19 years of service.
I seek damages for loss of income, damage to my reputation as a Registered Nurse, for mental and
Emotional anguish, for having to retire years earlier than I had planned.

Vallejos, Gerald E.
6304 Buenos Aires NW
Albuquerque, New Mexico 87120
505-974-7422

I certify that I have mailed a copy lf this pleading to opposing counsel:

Vallejos, Gerald E.

LOVELACE PERFE

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

ENDORSED
FILED IN MY OFFICE THIS

FEB 4 2011

D-202-CV- CV 2011 1355

Quanita m. *****
CLERK DISTRICT COURT

Gerald E. Vallejos
PLAINTIFF

vs Lovelace Medical Center, 601 Martin Luther King Av, Albuquerque, NM 87102
Carmen-Smith Salazar, Josephine George, Suzette Hannin, Jennifer Holler,
Sarah Atkinson, Kevin Sinclair,

DEFENDANT

## COURT-ANNEXED ARBITRATION CERTIFICATION

(Party and Attorney)_____
pursuant to Second Judicial District Court Local Rule 2-603, certifies as follows:

_____ This party seeks **only money judgment and the amount sought does not exceed**
twenty-five thousand dollars ($25,000.00) exclusive of punitive damages, interest, costs and
attorney fees.

___✓___ This party seeks relief **other than a money judgment and/or seeks relief in excess** of
twenty-five thousand dollars ($25,000.00 exclusive of punitive damages, interest, costs and
attorney fees.

Signature: _____
Printed Name: Vallejos, Gerald E.
Law Firm: _____
Address: 1304 Buena Vista N.W.
City/Zip: Albuquerque 87120
Phone: 505 974-7482

I hereby certify that an endorsed copy of the foregoing pleadings was mailed or delivered to all
parties entitled to notice on this _____4th_____ day of _February_
2011_____.

Signature: _____

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

No. **CV 2011 0 1355**

Gerald E. Valledox
_____
Plaintiff,

vs. Lovelace Medical Center, and co-defendants: Sarah Atkinson, Kevin Sinclair, Carmen Smith-Salazan, Josephine Gonospe, Suzette Hannin, Jennifer Holler.
_____
Defendant.

**SUMMONS**

**THE STATE OF NEW MEXICO**

TO: _Sarah Atkinson_____, Defendant
ADDRESS: _601 Martin Luther King AV ABQ, NM 87102_

You are required to serve upon _Gerald Valledox_____ an answer
*(name of Plaintiff/Plaintiff's Attorney)*
or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.

If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
_Gerald Valledox_____
*name, address and telephone of attorney for Plaintiff*
*(or of Plaintiff, if no attorney)*
_6304 Bueno Aires N. W._
*Street or P.O. Box*
_ABQ, NM 87120_
*City, state and zip code*
_505-974-7422_
*telephone*

WITNESS the Honorable _____ **TED BACA** _____, district judge of the
Second Judicial District Court of the State of New Mexico, and the seal of the district court of Bernalillo
County, this _____ day of ____ FEB 0 4 2011 ____, 20 ___.

Dated: 

JUANITA DURAN
CLERK OF COURT
By _____
Deputy

rev5/3/06enhtrs

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

4 Feb 20 ENDORSED
FILED IN MY OFFICE THIS

FEB · 4 2011

Plaintiff: Vallejos, Gerald E.
Vs.
Defendant: Lovelace Medical Center, 601 Martin Luther King Av., Albuquerque New Mexico, and
co-defendants: Carmen Smith-Salazar, Josephine Gorospe, Suzette Harris, Jennifer Homer Salazar, CLERK DISTRICT COURT
Atkinson, and Kevin Sinclair.

CV 2011 01350

Subject: Civil complaint for wrongful termination.

Defendants retaliated against me for engaging in protected activities as defined under Title VII
Of the Civil Rights Act of 1964 (Title VII), and the New Mexico Human Rights Act of 1969, and
for filing employment discrimination charges 543-2009-00733, 543-2009-01162, and 543-2010-
00698 dated 30Nov2010. Co-defendants retaliated against me by creating a hostile work environ-
ment for me, by defamation which was both cruel and malicious. The employer (Lovelace
Medical Center) Sarah Atkinson, Nurse Manager, and Kevin Sinclair, Director Critical Care
floor, denied me due process under the law. Allegations, and charges brought against me by
other employees were never properly investigated. The personal relationship the manager and
director had with the other co-defendants influenced their decision making, the decision not
to allow me favorable personnel actions, the decision to terminate me after 19 years of service.
I seek damages for loss of income, damage to my reputation as a Registered Nurse, for mental and
Emotional anguish, for having to retire years earlier than I had planned.

Vallejos, Gerald E.
6304 Buenos Aires NW
Albuquerque, New Mexico 87120
505-974-7422

I certify that I have mailed a copy lf this pleading to opposing counsel:

Vallejos, Gerald E.

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

D-202- CV-___**CV 2011 0 1355**

*4 Feb 2011*

**ENDORSED**
**FILED IN MY OFFICE THIS**

FEB 4 2011

*Quanita M. Duran*
**CLERK DISTRICT COURT**

*Gerald E. Vallejos*
PLAINTIFF

VS *Lovelace Medical Center, 601 Martin Luther King Av. Albuquerque NM 87102*
*Carmen-Smith Salazar, Josephine Goroupe, Suzette Hannin, Jennifer Holley*
*Sarah Atkinson, Kevin Sinclair.*

DEFENDANT

## COURT-ANNEXED ARBITRATION CERTIFICATION

(Party and Attorney)_____

pursuant to Second Judicial District Court Local Rule 2-603, certifies as follows:

_____ This party seeks **only money judgment and the amount sought does not exceed**
twenty-five thousand dollars ($25,000.00) exclusive of punitive damages, interest, costs and
attorney fees.

___✓___ This party seeks relief **other than a money judgment and/or seeks relief in excess** of
twenty-five thousand dollars ($25,000.00 exclusive of punitive damages, interest, costs and
attorney fees.

Signature:      _____
Printed Name: *Vallejos, Gerald E.*
Law Firm:     _____
Address:      *6304 Buenos Aires N.W.*
City/Zip:     *Albuquerque    87120*
Phone:        *505 874-7422*

I hereby certify that an endorsed copy of the foregoing pleadings was mailed or delivered to all
parties entitled to notice on this ____4th____ day of *February*
20_11_____.

Signature:      _____

STATE OF NEW MEXICO                              4 Feb 2011
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

No. **CV 2011 1355**

Gerald E. Vallejos
                 Plaintiff,
vs. Lovelace Medical Center and
Sarah ATKINSON, Kevin Sinclair
Carmen Smith-Salazar, Josephine Goroepa, Suzette Hollen, Harris, Jennifer Holler.
                 Defendant.

**SUMMONS**

**THE STATE OF NEW MEXICO**
          Lovelace Medical Center /
TO:       Co-defendants_____, Defendant
ADDRESS:  601 Martin Luther King Av Nw., ABQ., NM 87102

You are required to serve upon ___Gerald E. Vallejos___ an answer
                              *(name of Plaintiff/Plaintiff's Attorney)*

or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.
          If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
     Gerald E. Vallejos
*name, address and telephone of attorney for Plaintiff*
*(or, of Plaintiff, if no attorney)*
     6304 Bueno-a Aires N.W
*Street or P.O. Box*
     Albuquerque, New Mexico  87120
*City, state and zip code*
     505-974-7422
*telephone*

                              **TED BACA**

      WITNESS the Honorable _____, district judge of the
Second Judicial District court of the State of New Mexico, and the seal of the district court of Bernalillo
County, this _____ day of **FEB 04 2011** ___, 20___.

                                   JUANITA DURAN
Dated:                             CLERK OF COURT
                                   By _____
                                       Deputy

rev5/3/06enhtrs

Feb. 8. 2011  9:10AM   Lovelace Human Resources MedTowe          No. 2165   P. 17.

Case 1:11-cv-00206-WJ-KBM   Document 1-1   Filed 03/08/11   Page 18 of 22

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

H ENDORSED
FILED IN MY OFFICE THIS

FEB - 4 2011

Plaintiff: Vallejos, Gerald E.
Vs.
Defendant: Lovelace Medical Center, 601 Martin Luther King Av., Albuquerque, N.M. 87120, and
co-defendants: Carmen Smith-Salazar, Josephine Gorospe, Suzette Harris, Jennifer Holler, Sarah
Atkinson, and Kevin Sinclair.

Subject: Civil complaint for wrongful termination.

**CV 2011 0 13 55**

Defendants retaliated against me for engaging in protected activities as defined under Title VII
Of the Civil Rights Act of 1964 (Title VII), and the New Mexico Human Rights Act of 1969, and
for filing employment discrimination charges 543-2009-00733, 543-2009-01162, and 543-2010-
00698 dated 30Nov2010. Co-defendants retaliated against me by creating a hostile work environ-
ment for me, by defamation which was both cruel and malicious. The employer (Lovelace
Medical Center) Sarah Atkinson, Nurse Manager, and Kevin Sinclair, Director Critical Care
floor, denied me due process under the law. Allegations, and charges brought against me by
other employees were never properly investigated. The personal relationship the manager and
director had with the other co-defendants influenced their decision making, the decision not
to allow me favorable personnel actions, the decision to terminate me after 19 years of service.
I seek damages for loss of income, damage to my reputation as a Registered Nurse, for mental and
Emotional anguish, for having to retire years earlier than I had planned.

Vallejos, Gerald E.
6304 Buenos Aires NW
Albuquerque, New Mexico 87120
505-974-7422

I certify that I have mailed a copy lf this pleading to opposing counsel:

Vallejos, Gerald E.

4 Feb 2011

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

D-202- CV-____ **CV 2011 0 1 3 5 5**

*Gerald E. Vallejos*
              PLAINTIFF

VS *Lovelace Medical Center, 601 Martin Luther King AV, Albuquerque NM 87102
Carmen-Smith Salazar, Josephine Gonzops, Suzette Hannin, Jennifer Holley,
Sarah Atkinson, Kevin Sinclain.*

**ENDORSED
FILED IN MY OFFICE THIS**

FEB · 4 2011

*Juanita M. Duran*
**CLERK DISTRICT COURT**

_____
              DEFENDANT

## COURT-ANNEXED ARBITRATION CERTIFICATION

(Party and Attorney)_____
pursuant to Second Judicial District Court Local Rule 2-603, certifies as follows:

_____ This party seeks **only money judgment and the amount sought does not exceed**
twenty-five thousand dollars ($25,000.00) exclusive of punitive damages, interest, costs and
attorney fees.

___✓___ This party seeks relief **other than a money judgment and/or seeks relief in excess** of
twenty-five thousand dollars ($25,000.00 exclusive of punitive damages, interest, costs and
attorney fees.

Signature:       _____
Printed Name: *Vallejos, Gerald E.*
Law Firm:        _____
Address:         *6304 Buenos Aires N.W.*
City/Zip:        *Albuquerque       87120*
Phone:           *505-874-7422*

I hereby certify that an endorsed copy of the foregoing pleadings was mailed or delivered to all
parties entitled to notice on this _____4th_____ day of *February*_____
20_11___.

Signature:       _____

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT
No. **CV 2011 1355**

_Gerald E. Vallejos_
Plaintiff,

vs.

_Lovelace Medical Center  et al_
Defendant.

## SUMMONS

### THE STATE OF NEW MEXICO

TO: _Josephine Gorospe_ , Defendant
ADDRESS: _601 Martin Luther King AV ABQ, NM 87102_

You are required to serve upon _Gerald E. Vallejos_ an answer
*(name of Plaintiff/Plaintiff's Attorney)*
or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.

If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
_Gerald E. Vallejos_
*name, address and telephone of attorney for Plaintiff*
*(or of Plaintiff, if no attorney)*
_6304 Buenos Aires N.W._
*Street or P.O. Box*
_ABQ., NM     87120_
*City, state and zip code*
_505-974-7422_
*telephone*

WITNESS the Honorable **TED BACA** , district judge of the
Second Judicial District Court of the State of New Mexico, and the seal of the district court of Bernalillo
County, this                     day of **FEB 04 2011** , 20____.

Dated:

                                        JUANITA DURAN
                                        CLERK OF COURT
                                        By _____
                                        Deputy

rev5/3/06enhtrs

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

ENDORSED
FILED IN MY OFFICE THIS

4 Feb 2011

FEB 4 2011

Plaintiff: Vallejos, Gerald E.
Vs.
Defendant: Lovelace Medical Center, 601 Martin Luther King Av., Albuquerque, NM 87120 and
co-defendants: Carmen Smith-Salazar, Josephine Gorospe, Suzette Harris, Jennifer Holler, Sarah
Atkinson, and Kevin Sinclair.

GLERK DISTRICT COURT

Subject: Civil complaint for wrongful termination.

CV 2011 1355

Defendants retaliated against me for engaging in protected activities as defined under Title VII
Of the Civil Rights Act of 1964 (Title VII), and the New Mexico Human Rights Act of 1969, and
for filing employment discrimination charges 543-2009-00733, 543-2009-01162, and 543-2010-
00698 dated 30Nov2010. Co-defendants retaliated against me by creating a hostile work environ-
ment for me, by defamation which was both cruel and malicious. The employer (Lovelace
Medical Center) Sarah Atkinson, Nurse Manager, and Kevin Sinclair, Director Critical Care
floor, denied me due process under the law. Allegations, and charges brought against me by
other employees were never properly investigated. The personal relationship the manager and
director had with the other co-defendants influenced their decision making, the decision not
to allow me favorable personnel actions, the decision to terminate me after 19 years of service.
I seek damages for loss of income, damage to my reputation as a Registered Nurse, for mental and
Emotional anguish, for having to retire years earlier than I had planned.

Vallejos, Gerald E.
6304 Buenos Aires NW
Albuquerque, New Mexico 87120
505-974-7422

I certify that I have mailed a copy If this pleading to opposing counsel:

Vallejos, Gerald E.

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

*4 FECENDORSED*
**FILED IN MY OFFICE THIS**

FEB · 4 2011

D-202- CV-____ CV 2011 01355

*Quanita Ann Duran*
**CLERK DISTRICT COURT**

_Gerald E. Valle Jo_
PLAINTIFF

V'S _Lovelace Medical Center, 601 Martin Luther King Av. Albuquerque NM 87102
Carmen-Smith Salazar, Josephine Gonzaps, Suzette Hanning, Jennifer Holley,
Sarah Atkinson, Kevin Sinclair,_

DEFENDANT

## COURT-ANNEXED ARBITRATION CERTIFICATION

(Party and Attorney)_____
pursuant to Second Judicial District Court Local Rule 2-603, certifies as follows:

_____ This party seeks **only money judgment and the amount sought does not exceed**
twenty-five thousand dollars ($25,000.00) exclusive of punitive damages, interest, costs and
attorney fees.

__✓__ This party seeks relief **other than a money judgment and/or seeks relief in excess** of
twenty-five thousand dollars ($25,000.00 exclusive of punitive damages, interest, costs and
attorney fees.

Signature: _____
Printed Name: _Valle Jos, Gerald E._
Law Firm: _____
Address: _6304 Buena Aires N.W._
City/Zip: _Albuquerque  87120_
Phone: _505-874-7422_

I hereby certify that an endorsed copy of the foregoing pleadings was mailed or delivered to all
parties entitled to notice on this ____4th____ day of _February_
20_11_ .

Signature: _____