# Exhibit B

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

GERALD E. VALLEJOS, §
 §
    Plaintiff, §
 §
vs. §
 §
LOVELACE MEDICAL CENTER, § CASE NO. CV 2011 01355
CARMEN SMITH-SALAZAR, §
JOSEPHINE GOROSPE, SUZETTE §
HARRIS, JENNIFER HOLLER, SARAH §
ATKINSON AND KEVIN SINCLAIR, §
 §
    Defendant. §

## NOTICE OF FILING JOINT NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on this 8th day of March, 2011, Defendants Lovelace Medical Center, Carmen Smith-Salazar, Josephine Gorospe, Suzette Harris, Jennifer Holler, Sarah Atkinson and Kevin Sinclair (collectively "Defendants"), filed with the Clerk of the United States District Court for the District of New Mexico, a Joint Notice of Removal, a copy of which is attached hereto as "Exhibit A" and is incorporated herein by reference.

PLEASE TAKE FUTHER NOTICE that, pursuant to 29 U.S.C. § 1446, the filing of this Notice effects the removal of this action to the United States District Court for the District of New Mexico.

Respectfully submitted this 8th day of March, 2011.

1

Respectfully submitted,

_____

R. Nelson Franse, Esq.
nfranse@rodey.com
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 Third Street, N.W., Suite 2200
Albuquerque, NM 87103
Office (505) 768-7259
Facsimile (505) 768-7395

Jon M. Gumbel
GA Bar No. 315195
jon.gumbel@ogletreedeakins.com
Patrick F. Clark
NM Bar No. 142043
patrick.clark@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Ninety One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
Office (404) 881-1300
Facsimile (404) 870-1732

Attorneys For Defendants Lovelace Medical Center, Carmen Smith-Salazar, Josephine Gorospe, Suzette Harris, Jennifer Holler, Sarah Atkinson and Kevin Sinclair

We hereby certify that a copy of the foregoing was mailed to:

Plaintiff Gerald E. Vallejos
6304 Buenos Aires NW
Albuquerque, NM 87102

on this 8th day of March, 2010.

2

                                                                                                            _____
R. Nelson Franse, Esq.
nfranse@rodey.com
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 Third Street, N.W.
Suite 2200
Albuquerque, NM  87103
Office (505) 768-7259
Facsimile (505) 768-7395

Jon M. Gumbel
GA Bar No. 315195
jon.gumbel@ogletreedeakins.com
Patrick F. Clark
NM Bar No. 142043
patrick.clark@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Ninety One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Atlanta, GA  30303
Office (404) 881-1300
Facsimile (404) 870-1732

Attorneys For Defendants Lovelace Medical Center, Carmen Smith-Salazar, Josephine Gorospe, Suzette Harris, Jennifer Holler, Sarah Atkinson and Kevin Sinclair