# Exhibit
# C

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

No. **CV 2011 1355**

_Gerald E. Vallejos_
_____
                    Plaintiff,

vs.

_Lovelace Medical Center et al_
_____
                    Defendant.

FILED
SECOND JUDICIAL DISTRICT
2011 FEB 16 PM 3:47
ATTENTION:
PLEASE FILE THIS AT THE
COURT WHICH IT WAS
ORIGINALLY ISSUED.

DAWNA M. MARTIN

## SUMMONS

### THE STATE OF NEW MEXICO

TO:  _Josephine Gonzape_ , Defendant
ADDRESS:  _601 Martin Luther King AV ABQ, NM 87102_

You are required to serve upon _Gerald E. Vallejos_ an answer
                            *(name of Plaintiff/Plaintiff's Attorney)*
or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.

  If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
_Gerald E. Vallejos_
*name, address and telephone of attorney for Plaintiff*
*(or of Plaintiff, if no attorney)*
_6304 Buenos Aires N.W._
*Street or P.O. Box*
_ABQ. , NM    87120_
*City, state and zip code*
_505-974-7422_
*telephone*

  WITNESS the Honorable _____ TED BACA _____, district judge of the
Second Judicial District court of the State of New Mexico, and the seal of the district court of Bernalillo
County, this _____ day of _____ FEB 04 2011 _____, 20____.

Dated:_____

JUANITA DURAN
CLERK OF COURT
By _____
   Deputy

rev5/3/06enhtrs

PAMELA M. MARTINEZ

# RETURN OF SERVICE

STATE OF NEW MEXICO        )
                           )ss

COUNTY OF __*Bernalillo*__ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____*Bernalillo*_____ County on the _____*7*_____ day of ____*February*____, 20 *11*, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the Defendant/Respondent _____*(used when Defendant/Respondent accepts a copy of summons and complaint/petition or refuses to accept the summons and complaint/petition)*

[ ]    to the Defendant/Respondent by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint/petition on the Defendant/Respondent by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Defendant/Respondent _____ _____, *(used when the Defendant/Respondent is not presently at place of abode)* and by mailing by first class mail to the Defendant/Respondent at _____ *(insert Defendant/Respondent's last known mailing address)* a copy of the summons and complaint/petition.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the Defendant/Respondent and by mailing by first class mail to the Defendant/Respondent at _____ _____ *(insert Defendant/Respondent's business address)* and by mailing the summons and complaint/petition by first class mail to the Defendant/Respondent at _____ *(insert Defendant/Respondent's last known mailing address).*

[X]    to *Terri Felton – Legal Dept.*, an agent authorized to receive service of process for Defendant/Respondent *Josephine Gigleofe* .

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian *ad litem*] of Defendant/Respondent _____ *(used when Defendant/Respondent is a minor or an incompetent person)*

[ ]    to _____, *(name of person),* _____ _____ *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____ *see proces* _____ _____

                        Signature of person making service

                       *Deputy Sheriff*_____

                       Title *(if any)*

*Subscribed and sworn* to before me this _____ day of _____, 20____.

rev5/3/06enhtrs

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

FILED
SECOND JUDICIAL DISTRICT
2011 FEB 16 PM 3:47
*Juanita Duran*

*DAWNA M. MARTIN*

No. *CV 2010 1255*

*Gerald E. Vallejos*
                                    Plaintiff,
vs. *Lovelace medical Center and*
*Sarah Atkinson, Kevin Sinclair,*
*Carmen Smith-Salazar, Josephine Gorospe, Suzette Taylor, Harris, Jennifer Heller.*
                                    Defendant.

**ATTENTION:**
**PLEASE FILE THIS AT THE**
**COURT WHICH IT WAS**
**ORIGINALLY ISSUED.**

**SUMMONS**

**THE STATE OF NEW MEXICO**

TO:        *Lovelace Medical Center +*
               *Co-defendants*                          , Defendant
ADDRESS:  *601 Martin Luther King Av NW, ABQ., NM 87102*

      You are required to serve upon *Gerald E. Vallejos*          an answer
                              *(name of Plaintiff/Plaintiff's Attorney)*
or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.
      If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
*Gerald E. Vallejos*
name, address and telephone of attorney for Plaintiff
(or of Plaintiff, if no attorney)
*6304 Buenos Aires N.W*
Street or P.O. Box
*Albuquerque, New Mexico  87120*
City, state and zip code
*505-974-7422*
telephone

                              TED BACA
      WITNESS the Honorable _____, district judge of the
Second Judicial District court of the State of New Mexico, and the seal of the district court of Bernalillo
County, this _____ day of FEB 04 2011 , 20____.

Dated:_____

                              JUANITA DURAN
                              CLERK OF COURT
                              By *Raul de Ruiz*
                              Deputy

rev5/3/06enhtrs

                                                      PAMELA M. MARTINEZ

**RETURN OF SERVICE**

STATE OF NEW MEXICO      )
                         )ss

COUNTY OF _Bernalillo_      )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in ___Bernalillo___ County on the ___7___ day of ___February___, 20 _11_, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the Defendant/Respondent _____(*used when Defendant/Respondent accepts a copy of summons and complaint/petition or refuses to accept the summons and complaint/petition)*

[ ]    to the Defendant/Respondent by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint/petition on the Defendant/Respondent by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Defendant/Respondent _____ _____, *(used when the Defendant/Respondent is not presently at place of abode)* and by mailing by first class mail to the Defendant/Respondent at _____ *(insert Defendant/Respondent's last known mailing address)* a copy of the summons and complaint/petition.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the Defendant/Respondent and by mailing by first class mail to the Defendant/Respondent at _____ _____ *(insert Defendant/Respondent's business address)* and by mailing the summons and complaint/petition by first class mail to the Defendant/Respondent at _____ *(insert Defendant/Respondent's last known mailing address).*

[X]    to _Terri Felton – Legal Dept._, an agent authorized to receive service of process for Defendant/Respondent _Lovelace Medical Center_ .

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian *ad litem*] of Defendant/Respondent _____ *(used when Defendant/Respondent is a minor or an incompetent person)*

[ ]    to _____, *(name of person),* _____ *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____
Signature of person making service

_Deputy Sheriff_
Title *(if any)*

*Subscribed and sworn* to before me this _____ day of _____, 20____.

rev5/3/06enhtrs

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

FILED
SECOND JUDICIAL DISTRICT

ATTENTION: FEB 16 PM 3:47
PLEASE FILE THIS AT THE
COURT WHICH IS WAS
ORIGINALLY FILED

DAWNA M. MARTIN

No. _CV 2011 01355_

_Grenald E. Vallecos_
                                    Plaintiff,

vs. _Lovelace medical center and Co-defendants: Sarah Atkinson, Kevin Sinclair, Carmen Smith-Salazan, Josephine Goncape, Suzette Hannie, Jennifer Hollen._
                                    Defendant.

## SUMMONS

**THE STATE OF NEW MEXICO**

TO: _Carmen Smith-Salazan_ , Defendant
ADDRESS: _601 Martin Luther King Av._ , ABQ., NM 87102

You are required to serve upon _____ an answer
                                    *(name of Plaintiff/Plaintiff's Attorney)*
or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.

If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
_Grenald Vallecos_
*name, address and telephone of attorney for Plaintiff*
*(or of Plaintiff, if no attorney)*
_6304 Buenos Aires N.W._
*Street or P.O. Box*
_ABQ., N.M. 87120_
*City, state and zip code*
_505-974-7422_
*telephone*

WITNESS the Honorable _TED BACA_ , district judge of the
Second Judicial District court of the State of New Mexico, and the seal of the district court of Bernalillo
County, this _____ day of _FEB 0 ...7..._ , 20____.

Dated: _____

JUANITA DURAN
CLERK OF COURT
By _____
    Deputy

rev5/3/06enhtrs

PAMELA M. MARTINEZ

## RETURN OF SERVICE

STATE OF NEW MEXICO     )
                          )ss

COUNTY OF _Bernalillo_    )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Bernalillo_ County on the _7_ day of _February_, 20_11_, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the Defendant/Respondent _____ *(used when Defendant/Respondent accepts a copy of summons and complaint/petition or refuses to accept the summons and complaint/petition)*

[ ]    to the Defendant/Respondent by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint/petition on the Defendant/Respondent by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Defendant/Respondent _____ _____, *(used when the Defendant/Respondent is not presently at place of abode)* and by mailing by first class mail to the Defendant/Respondent at _____ *(insert Defendant/Respondent's last known mailing address)* a copy of the summons and complaint/petition.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the Defendant/Respondent and by mailing by first class mail to the Defendant/Respondent at _____ _____ *(insert Defendant/Respondent's business address)* and by mailing the summons and complaint/petition by first class mail to the Defendant/Respondent at _____ *(insert Defendant/Respondent's last known mailing address).*

[X]    to _Terri Felton — Legal Dept._, an agent authorized to receive service of process for Defendant/Respondent _Carmen Salazar Smith_.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian *ad litem*] of Defendant/Respondent _____ *(used when Defendant/Respondent is a minor or an incompetent person)*

[ ]    to _____, *(name of person)*, _____ *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _Order this process_     _____
      _NO CHARGE_     Signature of person making service
                              _Deputy Sheriff_
                              Title *(if any)*

*Subscribed and sworn* to before me this _____ day of _____, 20____.

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

No. **CV** 2011 O 1355

*Gerald E. Vallejos*
                    Plaintiff,

vs. *Lovelace medical Center, et al*

                    Defendant.

FILED
SECOND JUDICIAL DISTRICT

2011 FEB 16  PM 3:47

ATTENTION:
PLEASE FILE THIS AT THE
COURT WHICH IT WAS
ORIGINALLY ISSUED.

**SUMMONS**

**THE STATE OF NEW MEXICO**

TO:     *Jennifer Holler*      , Defendant
ADDRESS:   *601 Martin Luther King AV , ABQ, NM 87102*

      You are required to serve upon _____ an answer
                         *(name of Plaintiff/Plaintiff's Attorney)*
or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.
      If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
*Gerald E. Vallejos*
*name, address and telephone of attorney for Plaintiff*
*(or of Plaintiff, if no attorney)*
*6304 Buleder Ainer N.W.*
*Street or P.O. Box*
*ABQ NM 87120*
*City, state and zip code*
*505-974-7422*
*telephone*

      WITNESS the Honorable _____TED BACA_____, district judge of the
Second Judicial District court of the State of New Mexico, and the seal of the district court of Bernalillo
County, this _____ day of ____FEB 0 4 2011___, 20____.

Dated:_____

JUANITA DURAN
CLERK OF COURT
By_____
      Deputy

rev5/3/06enhtrs

PAMELA M. MARTINEZ

# RETURN OF SERVICE

STATE OF NEW MEXICO        )
                                    )ss

COUNTY OF ___Bernalillo___    )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in ___Bernalillo___ County on the ___7___ day of ___February___, 20_11_, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the Defendant/Respondent _____ *(used when Defendant/Respondent accepts a copy of summons and complaint/petition or refuses to accept the summons and complaint/petition)*

[ ]    to the Defendant/Respondent by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint/petition on the Defendant/Respondent by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Defendant/Respondent _____ _____, *(used when the Defendant/Respondent is not presently at place of abode)* and by mailing by first class mail to the Defendant/Respondent at _____ *(insert Defendant/Respondent's last known mailing address)* a copy of the summons and complaint/petition.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the Defendant/Respondent and by mailing by first class mail to the Defendant/Respondent at _____ _____ *(insert Defendant/Respondent's business address)* and by mailing the summons and complaint/petition by first class mail to the Defendant/Respondent at _____ *(insert Defendant/Respondent's last known mailing address).*

[X]    to _Terri Felton ~ Legal Dept._, an agent authorized to receive service of process for Defendant/Respondent _Jenniffer Hollen_.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian *ad litem*] of Defendant/Respondent _____ *(used when Defendant/Respondent is a minor or an incompetent person)*

[ ]    to _____, *(name of person)*, _____ *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: ___No Charge___

_____
Signature of person making service

___Deputy Sheriff___
Title *(if any)*

*Subscribed and sworn* to before me this _____ day of _____, 20____.

rev5/3/06enhtrs

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

FILED
SECOND JUDICIAL DISTRICT

2011 FEB 16 PM 3: 47

ATTENTION:
PLEASE FILE THIS AT THE
COURT WHICH IT WAS
ORIGINALLY ISSUED.

DAWNA M. MARTIN

No. _CV 2011 1355_

_Gerald E. Vallejos_
                           Plaintiff,

vs. _Lovelace medical center and Co-defendants: Sarah Atkinson, Kevin Sinclair, Carmen Smith-Salazar, Josephine Gonzape, Suzette Harris, Jennifer Holler._

_____
                           Defendant.

**SUMMONS**

**THE STATE OF NEW MEXICO**

TO:        _Kevin Sinclair_____, Defendant
ADDRESS:  _601 Martin Luther King Av. ABQ., NM  87102_

        You are required to serve upon _Gerald Vallejos_____ an answer
                                        *(name of Plaintiff/Plaintiff's Attorney)*
or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.
        If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
_Gerald Vallejos_____
*name, address and telephone of attorney for Plaintiff*
*(or of Plaintiff, if no attorney)*
_6304 Buena Aires N.W._
*Street or P.O. Box*
_ABQ, NM      87120_
*City, state and zip code*
_505-974-7422_
*telephone*

        WITNESS the Honorable _____ TED BACA_____, district judge of the
Second Judicial District court of the State of New Mexico, and the seal of the district court of Bernalillo
County, this _____ day of _____, 20_____.

                                        FEB 04 2011 JUANITA DURAN
Dated:_____         CLERK OF COURT
                                        By_____
                                        Deputy

rev5/3/06enhtrs

PAMELA M. MARTINEZ

**RETURN OF SERVICE**

STATE OF NEW MEXICO )
                     )ss

COUNTY OF __*Bernalillo*__ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in __*Bernalillo*__ County on the __7__ day of __*February*__, 20 *11*, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the Defendant/Respondent _____*(used when Defendant/Respondent accepts a copy of summons and complaint/petition or refuses to accept the summons and complaint/petition)*

[ ]    to the Defendant/Respondent by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint/petition on the Defendant/Respondent by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Defendant/Respondent _____ _____, *(used when the Defendant/Respondent is not presently at place of abode)* and by mailing by first class mail to the Defendant/Respondent at _____ *(insert Defendant/Respondent's last known mailing address)* a copy of the summons and complaint/petition.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the Defendant/Respondent and by mailing by first class mail to the Defendant/Respondent at _____ _____ *(insert Defendant/Respondent's business address)* and by mailing the summons and complaint/petition by first class mail to the Defendant/Respondent at _____ *(insert Defendant/Respondent's last known mailing address).*

[X]    to *Terry Felton - Legal Dept.*, an agent authorized to receive service of process for Defendant/Respondent *Kevin Sinclair*

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian *ad litem*] of Defendant/Respondent _____ *(used when Defendant/Respondent is a minor or an incompetent person)*

[ ]    to _____, *(name of person)*, _____ _____ *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees:
Order to process _____     _____

NO CHARGE     Signature of person making service

    *Deputy Sheriff*
    Title *(if any)*

*Subscribed and sworn* to before me this _____ day of _____, 20____.

rev5/3/06enhtrs

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

No. **CV 2011 1355**

_Gerald E. Valledor_
Plaintiff,

vs. _Lovelace Medical Center, and co-defendants: Sarah Atkinson, Kevin Sinclair,
Carmen Smith-Salazar, Josephine Gorospe, Suzette Hannix, Jennifer Holler._
Defendant.

## SUMMONS

**THE STATE OF NEW MEXICO**

TO:     _Sarah Atkinson_ , Defendant
ADDRESS: _601 Martin Luther King AV  A130, NM 87102_

You are required to serve upon _Gerald Valledor_ an answer
*(name of Plaintiff/Plaintiff's Attorney)*
or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.

If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
_Gerald Valledor_
*name, address and telephone of attorney for Plaintiff*
*(or of Plaintiff, if no attorney)*
_6304 Buenos Aires NJ. W._
*Street or P.O. Box*
_ABQ, NM    87120_
*City, state and zip code*
_505-974-7422_
*telephone*

WITNESS the Honorable _____**TED BACA**_____, district judge of the
Second Judicial District court of the State of New Mexico, and the seal of the district court of Bernalillo
County, this _____ day of __**FEB 04 2011**__, 20____.

Dated:_____

JUANITA DURAN
CLERK OF COURT
By_____
Deputy

rev5/3/06enhtrs

PAMELA M. MARTINEZ

**RETURN OF SERVICE**

STATE OF NEW MEXICO )
)ss
COUNTY OF ~~Bernalillo~~ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in ~~Bernalillo~~ County on the ~~7~~ day of ~~February~~, 20 ~~11~~, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the Defendant/Respondent _____ *(used when Defendant/Respondent accepts a copy of summons and complaint/petition or refuses to accept the summons and complaint/petition)*

[ ] to the Defendant/Respondent by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint/petition on the Defendant/Respondent by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Defendant/Respondent _____ _____, *(used when the Defendant/Respondent is not presently at place of abode)* and by mailing by first class mail to the Defendant/Respondent at _____ *(insert Defendant/Respondent's last known mailing address)* a copy of the summons and complaint/petition.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the Defendant/Respondent and by mailing by first class mail to the Defendant/Respondent at _____ _____ *(insert Defendant/Respondent's business address)* and by mailing the summons and complaint/petition by first class mail to the Defendant/Respondent at _____ *(insert Defendant/Respondent's last known mailing address).*

[X] to ~~Terri Felton - Legal Dept.~~, an agent authorized to receive service of process for Defendant/Respondent ~~Sarah Atkinson~~ .

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian *ad litem*] of Defendant/Respondent _____ *(used when Defendant/Respondent is a minor or an incompetent person)*

[ ] to _____, *(name of person),* _____ *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: ~~order of free process~~

~~NC~~

_____
Signature of person making service

~~Deputy Sheriff~~
_____
Title *(if any)*

*Subscribed and sworn* to before me this _____ day of _____, 20____.

rev5/3/06enhtrs

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

No. *CV 2011 1355*

*Gerald E. Vallejos*
_____
Plaintiff,

vs. *Lovelace medical Center and Co-defendants: Sarah Atkinson, Kevin Sinclair,*
*Carmen Smith-Salazar, Josephine Gonoyer, Suzette Harris, Jennifer Hollen.*
_____
Defendant.

**SUMMONS**

**THE STATE OF NEW MEXICO**

TO:     *Suzette Harris*_____, Defendant
ADDRESS: *601 Martin Luther King Av   ABQ, NM 87101*

You are required to serve upon *Gerald E. Vallejos* an answer
                                *(name of Plaintiff/Plaintiff's Attorney)*
or motion in response to the complaint which is attached to this summons within thirty (30) days
after service of this summons upon you, exclusive of the say of service, and file a copy of your
answer or motion with the Court as provided in RULE 1-005 NMRA.

If you fail to file a timely answer or motion, default judgement may be entered against
you for the relief demanded in the Complaint/Petition.

Attorney(s) for Plaintiff/Plaintiff Pro Se:
*Gerald E. Vallejos*
_____
*name, address and telephone of attorney for Plaintiff*
*(or, of Plaintiff, if no attorney)*
*6304 Buena Oriner N.W.*
_____
*Street or P.O. Box*
*ABQ, N.M.  87120*
_____
*City, state and zip code*
*505-974-7422*
_____
*telephone*

                                    TED BACA
WITNESS the Honorable _____, district judge of the
Second Judicial District court of the State of New Mexico, and the seal of the district court of Bernalillo
County, this _____ day of ~~FEB 0 4 2011~~, 20____.

Dated:_____      JUANITA DURAN
                                   CLERK OF COURT
                                   By_____
                                      Deputy

rev5/3/06enhtrs

PAMELA M. MARTINEZ

**RETURN OF SERVICE**

STATE OF NEW MEXICO              )
                                 )ss
COUNTY OF _Bernalillo_           )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____Bernalillo_____ County on the ____7____ day of _____February_____, 20 _11_____, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to    the    Defendant/Respondent    _____(used when Defendant/Respondent accepts a copy of summons and complaint/petition or refuses to accept the summons and complaint/petition)

[ ]     to the Defendant/Respondent by [mail] [courier service] as provided by Rule 1-004 NMRA (used when service is by mail or commercial courier service).

After attempting to serve the summons and complaint/petition on the Defendant/Respondent by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint/petition attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Defendant/Respondent _____
_____, (used when the Defendant/Respondent is not presently at place of abode) and by mailing by first class mail to the Defendant/Respondent at _____ (insert Defendant/Respondent's last known mailing address) a copy of the summons and complaint/petition.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the Defendant/Respondent and by mailing by first class mail to the Defendant/Respondent at _____
_____ (insert Defendant/Respondent's business address) and by mailing the summons and complaint/petition by first class mail to the Defendant/Respondent at
_____ (insert Defendant/Respondent's last known mailing address).

[X]     to _Terry Felton - Legal Dept._____, an agent authorized to receive service of process for Defendant/Respondent _Suzette Harris_____.

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of Defendant/Respondent _____
(used when Defendant/Respondent is a minor or an incompetent person)

[ ]     to _____, (name of person), _____ (title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: ~~Order of free process~~
~~NO CHARGE~~                          _____
                                       Signature of person making service
                                       _Deputy Sheriff_____
                                       Title (if any)

Subscribed and sworn to before me this _____ day of _____, 20 _____.

rev5/3/06enhtrs

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

*4 Feb 2011*
SECOND JUDICIAL DISTRICT

**2011 FEB -4  PM 1:00**

*Juanita M Duran*

*LOURDES PEREZ*

D-202- CV-_____ *CV ___ ___ ___ 1365*

*Gerald E. Vallejos*
_____
PLAINTIFF

VS *Lovelace Medical Center, 601 Martin Luther King Av. Albuquerque, NM 87102*
*Carmen-Smith Salazar, Josephine Gonzape, Suzette Hannie, Jennifer Hollen,*
*Sarah Atkinson, Kevin Sinclair.*

_____
DEFENDANT

## COURT-ANNEXED ARBITRATION CERTIFICATION

(Party and Attorney) *Gerald E Vallejos*
pursuant to Second Judicial District Court Local Rule 2-603, certifies as follows:

_____ This party seeks **only money judgment and the amount sought does not exceed**
twenty-five thousand dollars ($25,000.00) exclusive of punitive damages, interest, costs and
attorney fees.

____✓____ This party seeks relief **other than a money judgment and/or seeks relief in excess** of
twenty-five thousand dollars ($25,000.00 exclusive of punitive damages, interest, costs and
attorney fees.

Signature: _____
Printed Name: *Vallejos, Gerald E.*
Law Firm: _____
Address: *6304 Buenos Aires N.W.*
City/Zip: *Albuquerque      87120*
Phone: *505-874-7422*

I hereby certify that an endorsed copy of the foregoing pleadings was mailed or delivered to all
parties entitled to notice on this ____*4th*____ day of *February* _____
20*11* .

Signature: _____

COUNTY OF BERNALILLO
STATE OF NEW MEXICO

4 Feb 2011
FILED
SECOND JUDICIAL DISTRICT

Plaintiff:  Vallejos, Gerald E.                                    2011 FEB -4  PM 1:00
Vs.
Defendant:  Lovelace Medical Center, 601 Martin Luther King Av., Albuquerque, NM 87120 and
co-defendants:  Carmen Smith-Salazar, Josephine Gorospe, Suzette Harris, Jennifer Holler, Sarah
Atkinson, and Kevin Sinclair.

Subject:  Civil complaint for wrongful termination.     **CV 2011 01355**

Defendants retaliated against me for engaging in protected activities  as defined  under Title VII
Of the Civil Rights Act of 1964 (Title VII), and the New Mexico Human Rights Act of 1969, and
for filing employment discrimination charges 543-2009-00733, 543-2009-01162, and 543-2010-
00698 dated 30Nov2010. Co-defendants retaliated against me  by creating a hostile work environ-
ment for me,  by defamation which was both cruel and malicious.  The employer (Lovelace
Medical Center)  Sarah Atkinson, Nurse Manager, and Kevin Sinclair, Director Critical  Care
floor, denied me due process under the law.  Allegations, and charges brought against me by
other employees were never properly investigated.  The personal relationship the manager and
director had with  the other co-defendants  influenced  their decision making, the decision not
to allow me favorable personnel actions, the decision to terminate me after 19 years of service.
I seek damages for loss of income, damage to my reputation as a Registered Nurse, for mental and
Emotional anguish,  for having to retire years earlier than I had planned.

                                            _Vallejos_
                                            Vallejos, Gerald E.
                                            6304 Buenos Aires NW
                                            Albuquerque, New Mexico  87120
                                            505-974-7422

I certify that I have mailed a copy If this pleading to opposing counsel:

                                            _Vallejos_
                                            Vallejos, Gerald E.

STATE OF NEW MEXICO
COUNTY OF Bernalillo
2nd _____ COURT
No. ___ CV 20110 1355

FILED
SECOND JUDICIAL DISTRICT
2011 FEB -4 PM 1:00
Juanita M Duran

LOURDES PEREZ

Gerald E Vallejos
                Petitioner,

v.

Lovelace medical Center et al
                Respondent.

## ORDER ON APPLICATION FOR FREE PROCESS

**THIS MATTER** having come before the court on Petitioner's application for free process and affidavit of indigency, and the court being otherwise advised in the premises,

**FINDS** that:

[ ]   the applicant receives public assistance or is homeless and is, therefore, presumptively indigent for purposes of free process.

[X]   the applicant's available funds (total annual income plus total assets minus total annual expenses) do not exceed one hundred and fifty percent (150%) of the federal poverty guidelines, and the applicant is, therefore, indigent for purposes of free process.

[ ]   the applicant's available funds (total annual income plus total assets minus total annual expenses) exceed one hundred and fifty percent (150%) of federal poverty guidelines.

**THE COURT ORDERS** that:

[X]   the filing fee is waived.

[ ]   the filing fee is waived except for the $_____ alternative dispute resolution (ADR) fee.

[X]   the applicant is granted free service of process by the Sheriff in _Bernalillo_ County, New Mexico for (1) 2  3  4  5  or _____ summons(es).

[ ]   the applicant is to pay the filing fee on _____, 20_____.

[ ]   interpretation services shall be provided to the applicant.

[ ]   free process is denied.

[ ]   Other: _____

_____

_____

_____

**Unless specifically granted above, this order of free process does not include** the following costs: jury fees, certification fees, subpoena fees for witnesses, witness fees for hearings or trials, mailings, long distance charges, transcripts for appeals or record proper, duplication fees for audiotapes or compact discs, copy charges, publication fees, or facsimile services. Application for all other costs are to be made to the judge assigned to your case. If the applicant prevails in this law suit and collects money by judgment or settlement, the court is to be reimbursed for any waived costs. *This order is subject to revision, modification or recission by the judge assigned to your case.*

_____
**DISTRICT COURT JUDGE**

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

FILED
SECOND JUDICIAL DISTRICT
2011 FEB -4  PM 1:00

*Juanita M. Duran*

No._____ CV 2011 1355

*Gerald E. Vallejos*
_____
                    Plaintiff,

v. *Lovelace Medical Center*
Co-defendants: *Carmen Smith-Salazar, Josephine Conospe, Suzette Hannia, Jennifer Hollen,*
              *Sarah Atkinson, Kevin Sinclair.*
_____
                    Defendant.

## APPLICATION FOR FREE PROCESS AND AFFIDAVIT OF INDIGENCY

I request that the court enter an order permitting me to file this case without prepayment of fees and costs and give upon my oath or affirmation the following statement.

My marital status is: Single _____ Married _✔_ Divorced _____ Separated _____ Widowed_____

I request interpretation services: _____yes _✔_no   If yes, please describe what you need:

_____

**INFORMATION ABOUT MY FINANCES (check all that apply to you and fill in the blanks):**
   **A.    PUBLIC ASSISTANCE**
_____    I do not receive public assistance.   (If you check this blank, go directly to Section B EMPLOYMENT/UNEMPLOYMENT).

_____    I currently receive the following public assistance in
         _____County (please check all applicable
         public assistance programs):
         Temporary Assistance for Needy Families (TANF) $_____
         Food Stamps $_____
         Medicaid $_____
         General Assistance (GA) $_____
         Supplemental Security Income (SSI) $_____
         Social Security Disability Income (SSDI) $_____
         Public Housing $_____
         Disability Security Income (DSI) $_____
         Department of Health Case Management Services (DHMS) $_____
         Other (please describe _____)

*030308trs*

**B.      EMPLOYMENT/UNEMPLOYMENT**

_✓_  I am currently unemployed and have been unemployed for _12_ months in the past year.  I am unemployed because _of Wrongful Termination_ .
⎯⎯ _✓_ I receive unemployment benefits in the amount of $ _380.00_ per month.
⎯⎯⎯ I have no income because I am unemployed

⎯⎯⎯ I am employed.
       My employer's name, address and phone number is:

       ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
       ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
       ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

       I am paid weekly ___ every other week ___ twice a month ___ once a month ___.
       When I am paid my net take-home pay minus deductions required by law like state and federal tax withholding and FICA is $_____.

_✓_  I am married, and my spouse is unemployed and has been unemployed for _12_ months in the past year
     because _disability ( Mental health )_ .
⎯⎯⎯ My spouse receives unemployment benefits in the amount of $_____per month.

⎯⎯⎯ I am married, and my spouse is employed.
       My spouse's employer's name, address and phone number is:

       ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
       ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
       ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

       My spouse is paid weekly ___ every other week ___ twice a month ___ once a month ___.  When my spouse is paid his or her net take home pay minus deductions required by law like state and federal tax withholding and FICA is $_____.

**C.      OTHER SOURCES OF INCOME**

_✓_  I have income from another source not mentioned above.
⎯⎯⎯ Child Support $_____
⎯⎯⎯ Alimony $_____
⎯⎯⎯ Investments $_____
⎯⎯⎯ Community property from my spouse $_____
_✓_ Other _disability / retirement_     $ _1998.00_
_✓_       _military pension_             $ _1038.00_

⎯⎯⎯ I do not have any other sources of income.

✓    I am married, and my spouse has income from another source not mentioned above.

_____ Child Support $_____
_____ Alimony $_____
_____ Investments $_____
  ✓  Other _Social security disability_    $ _115, 00_ mo   " my spouse alleges and
_____ Other _____ $_____    has filed battery charges against me. Technically, do I have to use her income as listed here"?

_____ I am married, and my spouse does not have any other sources of income.

**D.**    **OTHER ASSETS (Please list other assets owned by you or your spouse that can be turned into cash. Do not include money you have in retirement accounts):**

Cash on hand         $_____
Bank accounts       $_____
Stocks/bonds        $_____
Income tax refund    $_____
Other assets (describe below):
_____ $_____
_____ $_____

**IF YOU DO NOT HAVE ACCESS TO YOUR OWN OR YOUR SPOUSE'S INCOME OR ASSETS, EXPLAIN WHY.**

_____
_____
_____
_____

**E.**    **MONTHLY EXPENSES**

House Payment/Rent              $ _1686. 00_
Utilities                               $ _350 . 00_
Telephone                         $ _200 . 00_
Groceries (after food stamps)   $ _400 . 00_
Car Payment(s)                    $ _—_
Gasoline                             $ _50 . 00_
Insurance                          $ _42.00_
Child Care                       $_____
Student and Consumer Loans     $ _—_
Court-ordered family support obligations   $ _—_
Other court-ordered payments    $ _—_
Medical expenses               $ _37. 00_
Other _cable_                    $ _75. 00_
     _IRS ( back Taxes )_        200.00
_030308trs_ _NM Tax! revenue ( back Taxes )_    200.00

3

F.   **HOUSEHOLD**

I live at _____ 6304 Buenos Aires N.W., Albuquerque, NM 87120

and the head of the household is _____ Gerald E. Vallejos _____.

Other than myself, the other members of the household are:

| Name | Age | Employment | I Support |
|------|-----|------------|-----------|
| Clarion Vallejos | 42 | Full-Time Student | ( ✓ ) |
| Cienny Vallejos | ± 39 | Part-Time employment Full-Time Student | ( ✓ ) |
| | | | ( ) |
| | | | ( ) |
| | | | ( ) |
| | | | ( ) |
| | | | ( ) |

*This statement is made under oath. I hereby state that the above information regarding my financial condition is correct to the best of my knowledge. I hereby authorize the Court to obtain information from financial institutions, employers, relatives, the federal internal revenue service and other state agencies. If at any time the Court discovers that information in this application for free process was false, misleading, inaccurate, or incomplete at the time the application was submitted, the Court may require me to pay for any costs or fees that were waived under an order of free process that was granted based on the information in this application.*

_____
*(Signature)*

Gerald E. Vallejos
_____
*(Print Name)*

X *Plaintiff* _____ *Defendant*
*(Pro Se)*

6304 Buenos Aires NW
_____
*(Street Address)*

Albuquerque, NM 87120
_____
*(City, State, Zip Code)*

505-974-7422
_____
*(Telephone)*

State of New Mexico _____ )
                                                        ) ss
County of Bernalillo _____ )

Signed and sworn to (or affirmed) before me on _____ **JAN 2 1 2011** _____ *(date)*
by Gerald E. Vallejos *(name of applicant)*.

_____
Notary

My commission expires: 11-3-2012

*030308trs*                                            5